Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JARED D. CRAIG,<br><br>Defendant. | Docket Number: 6:18-PO-00212-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 16, 2019. The Defendant was sentenced to twelve months of unsupervised probation with conditions including, he obey all laws and pay a $600 fine. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on May 29, 2018.

.

Dated: April 15, 2019           NATIONAL PARK SERVICE

                                        /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Legal Officer

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 16, 2019 in the above referenced matter, *United States v. Craig, 6:18-PO-00212-JDP*, be vacated.

IT IS SO ORDERED.

Dated: April 15, 2019  _____
UNITED STATES MAGISTRATE JUDGE