1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   JAZMIN FUENTES
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )   Case No. 6:18-po-00631 JDP
                                   )
13       Plaintiff,                )
                                   )   **STIPULATION AND ORDER**
14       v.                        )   **CONTINUING STATUS CONFERENCE**
                                   )
15  JAZMIN FUENTES,                )
                                   )   Date:   April 16, 2019
16       Defendant.                )   Time:   10:00 a.m.
                                   )   Judge:  Hon. Jeremy D. Peterson
17  _____  )

18

19       It is hereby stipulated and agreed between plaintiff, United States of America, and

20  defendant, Jazmin Fuentes, that the status conference scheduled for April 16, 2019, may be

21  continued to June 11, 2019, at 10:00 a.m.

22  / / / / /

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

-1-

1      The parties reached a resolution in this case and anticipated resolving the case this week,

2 with Ms. Fuentes appearing.  However, Ms. Fuentes has asked to reschedule her appearance due

3 to the expected passing of her father-in-law within the next few days.  The parties ask to

4 reschedule the case for June 11 when undersigned defense counsel is scheduled to be present, in

5 order to afford continuity of defense counsel.

6

7                                    Respectfully Submitted,

8                                    HEATHER E. WILLIAMS
                                   Federal Defender

9

10 Dated:  April 15, 2019           /s/ T. Zindel_____ __
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender

11                                    Attorney for JAZMIN FUENTES

12                                    McGREGOR SCOTT
                                   United States Attorney

13

14 Dated:  April 15, 2019           /s/ T. Zindel for S. St. Vincent
                                   SUSAN ST. VINCENT

15                                    Legal Officer

16

17

18                         **O R D E R**

19

20      The status conference scheduled for April 17 is continued to June 11, 2019, at 10:00 a.m.

21

22 IT IS SO ORDERED.

23

Dated:   April 15, 2019                        _____

24                             UNITED STATES MAGISTRATE JUDGE

25

26

27

28