Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARED D. CRAIG,<br><br>Defendant. | No. 6:18-po-00212-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: January 10, 2020      /S/ Susan St. Vincent
                                                          Susan St. Vincent
                                                          Legal Officer
                                                          Yosemite National Park

1

ORDER

Upon application of the United States, good cause having been shown therefor, we hereby order that the above-referenced matter, *United States v. Craig*, 6:18-po-00212-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: January 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE